# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1252
_____

RODERICK J. WARD,

    Appellant,

    v.

RICKY DIXON, Secretary, Dept. of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 31, 2024


PER CURIAM.

AFFIRMED.  Appellant is warned that any future filings that this court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this court and a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2023) (providing that "[a] prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal" is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Roderick J. Ward, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Charles T. Martin, Jr., Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.